IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IMMANUEL C. PRICE,** | | Case No. 2:20-cv-1439 TLN KJN P |
| | Plaintiff, | |
| v. | | |
| **Z. IQBAL, ET AL,** | | **ORDER** |
| | Defendant. | |

   Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983.  This case proceeds on plaintiff's claims against defendants Iqbal, Rueter, and Gates, alleging deliberate indifference to plaintiff's serious medical needs.  On March 16, 2021, such defendants filed a motion to opt out of the post-screening ADR project.  After reviewing the motion, the court finds good cause to grant defendants' motion.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Defendants' motion to opt out (ECF No. 21) is granted and the stay of this action is lifted; and

////

////

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: March 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pric1439.optout