IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMMANUEL C. PRICE,**<br><br>                                            Plaintiff,<br><br>           v.<br><br>**Z. IQBAL, et al.,**<br><br>                                            Defendants. | Case No. 2:20-cv-01439-TLN-KJN (PC)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

Plaintiff is a state prisoner, proceeding without counsel. On April 1, 2021, the remaining defendants filed a request for extension of time to file a responsive pleading.  The court, having considered the request of defendants Iqbal, Rueter, and Gates for an extension of time to file a responsive pleading, and good cause having been found:

IT IS HEREBY ORDERED:

1. Defendants' request is granted; and

2. Defendants are relieved of their obligation to file a responsive pleading date until thirty-days after the district court rules on defendants' motion to revoke plaintiff's *in forma pauperis* status.

Dated:  April 2, 2021

/pric1439.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE