UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL C. PRICE, | No. 2:20-cv-01439-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| Z. IQBAL, et al., | |
| Defendants. | |

Plaintiff Immanuel C. Price ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Defendants and Plaintiff each filed objections to the findings and recommendations (ECF Nos. 32, 34), which have been considered by the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. *See McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). Having reviewed the file under the

applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 12, 2021 (ECF No. 31), are ADOPTED IN FULL;

2. Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status (ECF No. 25) is DENIED; and

3. Defendants Rueter, Iqbal and Gates are directed to file a response to the Complaint within twenty-one days from the date of service of this Order.

IT IS SO ORDERED.

Dated:  August 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge